**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEW,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN HOREL,<br><br>        Respondent.<br>_____ / | No. C 06-3823 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an ex parte application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Gregory Ott, the court GRANTS respondent's application. (Docket # 5.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **March 16, 2007**. Petitioner must file and serve his traverse no later than **April 20, 2007**.

IT IS SO ORDERED.

DATED: January 22, 2007

                                                            SUSAN ILLSTON
                                                            United States District Judge