UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEW,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN HOREL,<br><br>   Respondent.      / | No. C 06-3823 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

  Respondent has filed a second ex parte application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Gregory Ott, the court GRANTS respondent's application. (Docket # 9.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **April 20, 2007**. Petitioner must file and serve his traverse no later than **May 31, 2007**.

  IT IS SO ORDERED.

DATED: April 3, 2007

                      _Susan Illston_
                     SUSAN ILLSTON
                  United States District Judge