IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK NEW,

    Petitioner,

  v.

WARDEN HOREL,

    Respondent.
_____/

No. C 06-3823 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 3, 2008

_____
SUSAN ILLSTON
United States District Judge

1